Case 1:25-cv-02609-UNA   Document 1   Filed 07/28/25   Page 1 of 4

Case: 1:25-cv-02609
Assigned To : Unassigned
Assign. Date : 7/28/2025
Description: Pro Se Gen. Civ. (F-DECK)

AFFIDAVIT OF INDIVIDUAL PRESENTMENT OF FINAL /

RE: Presentment of Final Arbitral Award , Certificate of finality, settlement offer and non relitigation.

To: James Emanuel Boasberg, a living man and Angela d ceasar, a living Woman.

From: Oscar Guzman
Date of Service:

**RECEIVED**
**Mailroom**

**JUL 28 2025**

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

AFFIDAVIT OF PRESENTMENT AND NON-RESPONSE

I, Oscar Guzman a living Man , affirm and declare as follows:

1. IDENTITY

I am over 18 years of age, of sound mind, and competent to testify. I have no financial interest in the arbitration matter. I offer this affidavit voluntarily and in honor.

2. SERVICE OF FINAL ARBITRAL AWARD, CERTIFICATE OF FINALITY, SETTLEMENT OFFER AND NON RELIGATION.

On _7-26-2025_ , I delivered or caused to be delivered a document titled Final Arbitral Award, issued pursuant to a private proceeding governed by the laws of equity jurisprudence, natural law , trust law and the principles of the UNCITRAL Arbitration Rules (2010), to:

James Emanuel Boasberg, a living man at
333 Constitution Ave NW Washington DC 20001

Angela d ceasar, a living Woman at 333 Constitution Ave NW Washington DC 20001

The method of service was (check one):

☐ In-person hand delivery
☑ Certified USPS Mail (Tracking #: _9589 0710 5270 1902 3793 52_

☐ FedEx / UPS with delivery confirmation
☐ Email (to: [insert address])
☐ Other: [describe delivery method]

### 3. ARBITRATION AGREEMENT DESIGNATED REBUTTAL CONTACT

The Arbitration Agreement governing this matter explicitly stated that:

All rebuttals, objections, or responses to any notice or award must be made in writing and directed to the arbitrator, Lina Armstrong at

253 SW 19TH RD Miami FL 33129.

The Respondent was informed of this requirement as part of the notice and presentment process.

### 4. NO RESPONSE RECEIVED BY ARBITRATOR

To my knowledge, and to the best of my belief, James Emanuel Boasberg and Angela d ceasar have:

Not responded or objected to the arbitration process or final award,

Not contacted arbitrator Lina Armstrong in any form,

Not submitted any rebuttal or defense, despite clear instructions.

### 5. UNCITRAL DEFAULT ( comparison)

Under UNCITRAL Article 25(1):

"If the respondent fails to communicate his statement of defence… the arbitral tribunal shall continue the proceedings and make the award."

The Respondent's failure to reply to the arbitrator as required constitutes final default under UNCITRAL procedures.

## 6. EQUITY RECOGNIZES HIS SILENCE AS CONSENT

Under maxims of equity:

Silence is acquiescence when a duty to speak exists;

Equity regards as done that which ought to have been done;

Equity imputes an intention to fulfill obligations.

Respondent's inaction, despite lawful notice and contractually agreed procedure, constitutes tacit consent and binds him to the final award.

## 7. DECLARATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of July, 2025

In the City of New Rochelle state of NY.

Signature: _Oscar G._

Printed Name: Oscar Guzman

## NOTARY ACKNOWLEDGMENT

Subscribed and sworn before me on this 26th day of July, 2025

by _Oscar G._

Oscar Guzman

Signature of Notary:

*[signature: Martha Nelson]*

Seal:

> MARTHA NELSON
> Notary Public, State of New York
> No. 01NE6054733
> Qualified In Westchester County
> Commission Expires February 12 - 2027

Name: __MARTHA Nelson__

Commission No.: __01NE6054733__

My Commission Expires: __02/12/2027__